**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERESA DEJESUS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 17-4564** |
| | : | |
| **NANCY A. BERRYHILL, Acting** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

## JUDGMENT

**AND NOW**, this 9th day of January, 2019, after careful and independent review of Plaintiff's Complaint (Doc. No. 1), the Commissioner's Answer (Doc. No. 10), the administrative record (Doc. No. 11), Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (Doc. No. 12), the Commissioner's Response (Doc. No. 13), Magistrate Judge Wells's Report and Recommendation (Doc. No. 17), Plaintiff's Objections (Doc. No. 20), and the Commissioner's Response (Doc. No. 23), it is hereby **ORDERED** that:

1. Plaintiff's Objections (Doc. No. 20) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 17) is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review (Doc. No. 12) is **DENIED**;

4. Judgment is entered **AFFIRMING** the decision of the Commissioner of Social Security; and

5. The **CLERK OF COURT** shall **REMOVE** this case from the Civil Suspense Docket and **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.